THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOHN H. BECKER, Appellant.

Argued November 23, 1936; decided December 31, 1936.

*Harry Gittleson* and *Sol. A. Klein* for appellant.

*Charles P. Sullivan,* District Attorney (*John H. W. Krogmann* of counsel), for respondent.

Judgments reversed and new trial ordered. The inconsistencies in the People's evidence and the unexplained omissions are so unsatisfactory that we are of the opinion that the defendant has not been proved guilty beyond a reasonable doubt.   No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.